IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01456-BNB

ROBERT SCHWARTZ,

    Applicant,

v.

JAMES KEITH, Warden of the Bent County Correctional Facility, and
JOHN SUTHERS, Attorney General of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006

GREGORY C. LANGHAM
                 CLERK

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant Robert Schwartz is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility at Las Animas, Colorado. Mr. Schwartz has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Schwartz is challenging the validity of his conviction in Denver District Court case number 88-CR-2063. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Schwartz previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Schwartz v. Neal*, No. 03-cv-01423-ZLW-CBS (D. Colo. Aug. 15, 2005), *appeal dismissed*, No. 05-1418 (10th Cir. May 18, 2006). In 03-cv-01423-ZLW-CBS, Mr. Schwartz challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 03-cv-01423-ZLW-CBS was denied with prejudice after the Court determined that Mr.

Schwartz failed to exhaust state remedies for all but one of his claims, that those claims also were procedurally barred, and that the one exhausted claim lacked substantive merit. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Schwartz must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Schwartz does not allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. **See Coleman v. United States**, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 15 day of Sept., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01456-BNB

Robert Schwartz
Prisoner No. 60801
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/15/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk