UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 3 2006

GREGORY C. LANGHAM
CLERK

ROBERT M. SCHWARTZ,

Movant,

v.

JAMES KEITH,

Respondent.

No. 06-1411
(D. Colo. No. 06-CV-01456-BNB)

ORDER
Filed November 13, 2006

Before **HENRY**, **HARTZ**, and **McCONNELL**, Circuit Judges.

Movant Robert M. Schwartz, a Colorado state inmate proceeding pro se, has filed a motion for leave to file a second or successive 28 U.S.C. § 2254 habeas corpus petition under 28 U.S.C. § 2244(b). We deny leave.

Mr. Schwartz pleaded guilty in 1993 to three counts of sexual assault on a child by one in a position of trust and three counts of aggravated incest. He was sentenced to thirty years' imprisonment. *Schwartz v. Neal*, 175 F. App'x 265, 267 (10th Cir. May 18, 2006) (describing movant's procedural history). He filed his first § 2254 petition in July 2003, raising thirteen claims. *Id.* The district court denied the petition, rejecting a challenge to the constitutionality of

Mr. Schwartz's sentence and ruling that his remaining twelve claims were unexhausted and procedurally barred. *Schwartz v. Neal*, D. Ct. No. 03-cv-1423-ZLW-CBS, slip op. at 2-3 (D. Colo. Aug. 15, 2005) (unpublished). This court denied Mr. Schwartz a certificate of appealability. *Schwartz*, 175 F. App'x at 268-69.

In July 2006, Mr. Schwartz filed a second § 2254 petition in federal court. Having no jurisdiction to entertain a § 2254 petition without authorization from this court to do so, the district court transferred the matter to this court. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (requiring transfer of unauthorized second or successive petitions). To obtain permission to file a second or successive § 2254 petition, Mr. Schwartz must show that he has not raised his claim in a previous habeas petition, 28 U.S.C. § 2244(b)(1), and that his new claim either "relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable," *id.* § 2244(b)(2)(A), or depends on facts, previously undiscoverable through the exercise of due diligence, that would establish by clear and convincing evidence that he was not guilty of the offense, *id.* § 2244(b)(2)(B).

In his request for authorization to file a second or successive § 2254 petition, Mr. Schwartz seeks to raise the following six claims: (1) he was never properly charged with, or informed of, the precise criminal statute to which he

pled guilty nor was he otherwise properly advised of the true nature of the criminal charges against him; (2) the issues he raised in his state court post-conviction filings and in his § 2254 petition were never ruled upon by the state or federal courts on their merits; (3) he never received counsel on direct appeal; (4) he was never advised that he was pleading guilty to a "crime of violence" or that the state trial court was therefore required to sentence him to consecutive sentences; (5) in his first § 2254 petition, the district court failed to rule on his argument that procedural bar should not be applied to his unexhausted claims because he was actually innocent; and (6) the Colorado Supreme Court refused to consider or rule on his June 2005 state post-conviction filing, thereby violating his federal constitutional rights.

Mr. Schwartz presented claims one, four and five in his first § 2254 petition. He contends the first claim is a new claim because the district court rephrased his earlier claim to such an extent that his claim was misunderstood and never properly ruled upon. He also argues that this claim relies on new evidence because he only recently received the order from this court denying him COA on his first § 2254 petition. In his first § 2254 petition, the district court denied claims one and four because they were unexhausted and procedurally barred in state court, and it expressly considered and rejected claim five, his "actual innocence" objection to the application of procedural bar. *Schwartz*, D. Ct. No.

03-cv-1423-ZLW-CBS, slip op. at 2-3. The denial of a habeas petition on grounds of state procedural default "constitutes a disposition on the merits and thus renders a subsequent § 2254 petition . . . 'second or successive'" under § 2244(b). *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005), *cert. denied*, 126 S. Ct. 199 (2005) (further quotation omitted). Therefore, we may not authorize Mr. Schwartz to reassert claims one, four and five because they were presented and adjudicated on the merits in a prior § 2254 petition. *See* 28 U.S.C. § 2244(b)(1) ("A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed.").

None of Mr. Schwartz' remaining proposed claims allege either newly discovered evidence nor a new rule of retroactively-applicable constitutional law. Accordingly, we DENY Mr. Schwartz leave to file a second or successive § 2254 petition. The "Motion for Waiver of Requirement to Send All Court Opinions. . . and Request for Court Appointed Counsel" and the "Motion to Request the Official Court Record" are DENIED as moot. The matter is DISMISSED. This denial of authorization is not subject to a petition for rehearing or a writ of

certiorari. *See* 28 U.S.C. § 2244(b)(3)(E).

                                      Entered for the Court
                                      ELISABETH A. SHUMAKER, Clerk

                                      By: *[signature]*
                                             Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk


November 13, 2006


Mr. Robert M. Schwartz
Bent County Correctional Facility
#60801
11560 Road FF.75
Las Animas, CO 81054-9573

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

        Re:    06-1411, Schwartz v. Keith
               Dist/Ag docket:   06-CV-01456-BNB

Dear Mr. Schwartz and Counsel:

    Enclosed is a copy of an order entered today in this case.

    Please contact this office if you have questions.

                                    Sincerely,

                                    Elisabeth A. Shumaker
                                    Clerk, Court of Appeals

                                    By: [signature]
                                        Deputy Clerk

clk:afw
Enclosure

cc:   Gregory C. Langham, Clerk