# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

December 11, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2006

GREGORY C. LANGHAM
CLERK

NOTIFICATION OF MAILING

Re:  06-1411, Schwartz v. Keith
     Dist/Ag docket:  06-CV-01456-BNB

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Robert M. Schwartz
Bent County Correctional Facility
#60801
11560 Road FF.75
Las Animas, CO 81054-9573


Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

DEPUTY CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ROBERT E. SCHWARTZ,

    Movant,

v.

JAMES KEITH,

    Respondent.

No. 06-1411
(D. Colo. No. 06-CV-01456-BNB)

---

ORDER
Filed December 11, 2006

---

Movant Robert Schwartz has filed a Motion for Correction and Objection to this court's order entered November 13, 2006 denying him leave to file a second or successive 28 U.S.C. § 2254 habeas corpus petition. As indicated in our November 13 order, that order is not subject to a petition for rehearing. *See* 28 U.S.C. § 2244(b)(3)(E). Accordingly, the motion is DENIED.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By: [signature]
Deputy Clerk